## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LINDA MIDDLETON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CV19** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DOUGLAS COUNTY, NEBRASKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court after a settlement conference held on January 9, 2013.  The parties reached a settlement agreement during the conference.  Accordingly,

**IT IS ORDERED:**

1.      **On or before January 31, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(B) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.      The planning conference previously scheduled is cancelled.

DATED this 10th day of January, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge